

# United States District Court
# Eastern District of California

| | |
|---|---|
| **Debra Tomasevich** | Case Number: 1:21-cv-01765 |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| **American Medical Systems, Inc.,** | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Brittany Rygiel** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Debra Tomasevich**

On **11/10/2021** (date), I was admitted to practice and presently in good standing in the **State of Illinois** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **02/07/2022**     Signature of Applicant: /s/ *Brittany Rygiel*

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Brittany Rygiel |
| Law Firm Name: | Moll Law Group |
| Address: | 22 W Washington Street |
| | 15th Floor |
| City: | Chicago     State: IL     Zip: 60602 |
| Phone Number w/Area Code: | (312) 462-1700 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | brygiel@molllawgroup.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Paul J. Molinaro |
| Law Firm Name: | Fransen & Molinaro, LLP |
| Address: | 4160 Temescal Canyon Road |
| | Suite 306 |
| City: | Corona     State: CA     Zip: 92883 |
| Phone Number w/Area Code: | (951) 520-9684     Bar # 242879 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/16/2022

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
1/21/2022

Re: Brittany A. Rygiel
Attorney No. 6339613

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Brittany A. Rygiel was admitted to practice law in Illinois on 11/10/2021; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*
Andrew Oliva
Registrar