UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TOMASEVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>　　　　Defendant. | No.  1:21-cv-01765-KES-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 35) |

On August 6, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 35.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 7, 2024**　　　　　　　　　　　　*/s/ Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE